THOMAS E. WILLOUGHBY
*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NEW BALANCE ATHLETIC SHOE, INC.,

                Plaintiff,

- Against -

M/V "HAMMONIA EXPRESS", her engines,
Boilers, tackle, etc., in rem, Hapag-Lloyd
Aktiengbellschaft, and American President
Lines, Ltd., in personam,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **New Balance Athletic Shoe, Inc.** certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

                **PLEASE SEE LIST ATTACHED**

DATE: July 15, 2008

                                        Thomas E. Willoughby

# Search Results

Your search for "new balance" returned these results:

**New!** Hoover's offers free information about:
16 D&B International matches

| **D&B International Matches** | **Location** | **Location Type** | **D&B Reports** |
|---|---|---|---|
| Refine Results by Country | | | |
| 1404136 Ontario Limited (dba "New Balance Toronto") | Toronto, Ontario, Canada | Headquarters | Buy Report |
| Alfico Sa (dba "New Balance; Uhl Sport") | Redondela, Pontevedra, Spain | Headquarters | Buy Report |
| New Balance Canada Inc (dba "New Balance Ottawa") | Nepean, Ontario, Canada | Headquarters | Buy Report |
| New Balance De Mexico, S A De C V | Ciudad De Mexico, Distrito Federal, Mexico | Headquarters | Buy Report |
| New Balance Japan Inc | Chuo-Ku, Tokyo, Japan | Headquarters | Buy Report |
| New Balance Sweden Ab | Goteborg, Vastra Gotaland, Sweden | Headquarters | Buy Report |
| New Balance Athletic Shoes (U K) Ltd | Warrington, Cheshire, England | Single | Buy Report |
| New Balance Australia Pty Ltd | Cheltenham, Victoria, Australia | Single | Buy Report |
| New Balance Canada Inc | Mississauga, Ontario, Canada | Single | Buy Report |
| New Balance Co , Ltd | Taichung City, Taiwan | Single | Buy Report |

Results 1-10 of 16

1  2                                                                JUMP TO PAGE 1

## Search Results

Your search for "new balance" returned these results:

**New!** Hoover's offers free information about:
16 D&B International matches

| **D&B International Matches** | **Location** | **Location Type** | **D&B Reports** |
|---|---|---|---|
| Refine Results by Country ▼ | | | |
| New Balance Germany Inc Zweigniederlassung Der 'new Balance Germany Inc Mit Dem Sitz In (dba "New Balance") | Maisach, Bayern, Germany | Single | Buy Report |
| New Balance Germany, Inc Zweigniederlassung (dba "New Balance Germany") | Maisach, Bayern, Germany | Single | Buy Report |
| New Balance New Zealand Limited | Auckland, New Zealand | Single | Buy Report |
| New Balance Oakville | Oakville, Ontario, Canada | Single | Buy Report |
| New Balance Services De Mexico S De R L De C V | Ciudad De Mexico, Distrito Federal, Mexico | Single | Buy Report |
| Silon Sport Marketing (1989) Ltd (dba "New Balance") | Tel Aviv, Israel | Single | Buy Report |

Results 11-16 of 16

1  2                                        JUMP TO PAGE 2 ▼