James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Defendant,
American President Lines, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> M/V "HAMMONIA EXPRESS," her engines, boilers, tackle, etc., in rem, Hapag-Lloyd Aktiengbellschaft, and American President Lines, Ltd., in personam, <br><br> Defendants. | 08 Civ. 6386 (GBD) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that James H. Hohenstein of Holland & Knight LLP hereby appears in this action as counsel for American President Lines, Ltd.

All pleadings and correspondence should be served as follows:

> James H. Hohenstein
> Lissa D. Schaupp
> Holland & Knight LLP
> 195 Broadway
> New York, NY 10007
> Attorneys for Defendant
> *American President Lines, Ltd.*

Dated: New York, New York
       July 23, 2008

>                                    HOLLAND & KNIGHT LLP
>
>                              By: _____
>                                    James H. Hohenstein
>                                    Lissa D. Schaupp
>                                    HOLLAND & KNIGHT LLP
>                                    195 Broadway
>                                    New York, New York 10007
>                                    Telephone: 212-513-3200
>                                    Telefax: 212-385-9010
>                                    E-mail: jim.hohenstein@hklaw.com
>                                            lissa.schaupp@hklaw.com
>
>                                    Attorneys for Defendant,
>                                    *American President Lines, Ltd.*

# 5496037_v1