James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Defendant,
American President Lines, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>M/V "HAMMONIA EXPRESS," her engines, boilers, tackle, etc., in rem, Hapag-Lloyd Aktiengbellschaft, and American President Lines, Ltd., in personam,<br><br>Defendants. | 08 Civ. 6386 (GBD)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lissa D. Schaupp of Holland & Knight LLP hereby appears in this action as counsel for American President Lines, Ltd.

All pleadings and correspondence should be served as follows:

> James H. Hohenstein
> Lissa D. Schaupp
> Holland & Knight LLP
> 195 Broadway
> New York, NY 10007
> Attorneys for Defendant
> *American President Lines, Ltd.*

Dated: New York, New York
      July 23, 2008

                     HOLLAND & KNIGHT LLP

                By: _____
                     James H. Hohenstein
                     Lissa D. Schaupp
                     HOLLAND & KNIGHT LLP
                     195 Broadway
                     New York, New York 10007
                     Telephone: 212-513-3200
                     Telefax: 212-385-9010
                     E-mail: jim.hohenstein@hklaw.com
                             lissa.schaupp@hklaw.com

                     Attorneys for Defendant,
                     *American President Lines, Ltd.*

# 5496005_v1