

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NEW BALANCE ATHLETIC SHOE, INC.,

Plaintiff,

-against-

M/V "HAMMONIA EXPRESS," her engines,
boilers, tackle, etc., in rem, Hapag-Lloyd
Aktiengbellschaft, and American President Lines,
Ltd., in personam,

Defendants.
_____

08 Civ. 6386 (GBD)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for the parties herein, that the time in which American President Lines, Ltd. may

answer, appear or otherwise move with respect to the Complaint is hereby extended up to and

including August 15, 2008.

Dated: New York, New York
July 25, 2008

**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff,
New Balance Athletic Shoe, Inc.

By: _____
Thomas E Willoughby
45 Broadway
New York, New York
Telephone: (212) 669-0600

**HOLLAND & KNIGHT LLP**
Attorneys for Defendant,
American President Lines, Ltd.

By: _____
James H. Hohenstein
Lissa D. Schaupp
195 Broadway
New York, New York 10007
Telephone: 212-513-3200

SO ORDERED:    JUL 2 5 2008

_____
U.S.D.J.  **HON. GEORGE B. DANIELS**

# 5496047_v1