# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

NEW BALANCE ATHLETIC SHOE, INC.,

           Plaintiff,

V.

M/V "HAMMONIA EXPRESS", her engines, boilers, tckle, etc., in rem, Hapag-Lloyd Aktiengbellschaft, and Amercan President Lines, Ltd., in personam,

           Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 6386

JUDGE DANIELS

TO: (Name and address of defendant)

Hapag-Lloyd Aktiengbellschaft, c/o Hapag-Lloyd America, Inc.
One Edgewater Plaza, Staten Island, New York 10305

American President Lines, Ltd. - 100 Central Avenue, Building 40C,
South Kearny, New Jersey 07032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature]* Catherine Lapsley

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                              Signature of Server

                                                                      _____
                                                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form 27 - GENERAL PURPOSE
HILL RIVKINS & HAYDEN LLP
ATTN:
U.S. DIST. SOUTHERN COURT     NEW YORK   COUNTY
------------------------------------------------

NEW BALANCE ATHLETIC SHOE, INC.          plaintiff

         - against -

M/V "HAMMONIA EXPRESS", HER ENGINES,   defendant
BOILERS, TCKLE, ETC. ETAL
------------------------------------------------

Index No. **08 CV 6386**

Date Filed  ...........

Office No. **29795-TEW**

Court Date:  / /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

DANIEL KNIGHT     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
   That on the  **24th  day of July, 2008**     at  **02:13 PM.**,          at
   %HAPAG-LLOYD AMERICA, INC. 399 HOES LANE
   PISCATAWAY, NJ 08854
I served a true copy of the
   SUMMONS AND COMPLAINT
   7.1 STATEMENT INDIVIDUAL JUDGES RULES
   AND NOTICE OF INITIAL PRETRIAL CONFERENCE

upon **HAPAG-LLOYD AKTIENGBELLSCHAFT**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **SILVIA PICORNELL,  HUMAN RESOURCES CLERK & GENERAL AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**        COLOR: **WHITE**        HAIR: **BROWN**
       APP. AGE: **46**       APP. HT: **5:5**        APP. WT: **130**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
29th  day of  July, 2008ni



JOEL GOLUB
Notary Public, State of New York
   No.01GO4751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

DANIEL KNIGHT
AETNA  CENTRAL  JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7HRLOM140592