# United States District Court

SOUTHERN DISTRICT OF NEW YORK

NEW BALANCE ATHLETIC SHOE, INC.,

           Plaintiff,

V.

M/V "HAMMONIA EXPRESS", her engines, boilers, tckle, etc., in rem, Hapag-Lloyd Aktiengbellschaft, and Amercan President Lines, Ltd., in personam,

           Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 6386

JUDGE DANIELS

TO: (Name and address of defendant)

Hapag-Lloyd Aktiengbellschaft, c/o Hapag-Lloyd America, Inc.
One Edgewater Plaza, Staten Island, New York 10305

American President Lines, Ltd. - 100 Central Avenue, Building 40C,
South Kearny, New Jersey 07032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(signature)

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                                                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form 27 - GENERAL PURPOSE

    **HILL RIVKINS & HAYDEN LLP**
    **ATTN:**

U.S. DIST. SOUTHERN COURT    NEW YORK   COUNTY

------------------------------------------------

| | |
|---|---|
| NEW BALANCE ATHLETIC SHOE, INC.   plaintiff | Index No. **08 CV 6386** |
| - against - | Date Filed ............ |
| M/V "HAMMONIA EXPRESS", HER ENGINES,  defendant BOILERS, TCKLE, ETC. ETAL | Office No. **29795-TEW** |
| | Court Date: / / |

------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**DANIEL KNIGHT**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **28th**  **day of July, 2008**    at  **03:28 PM.**,                at
    **1085 MORRIS AVENUE SUITE 200**
    **UNION, NJ 07083**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **7.1 STATEMENT INDIVIDUAL JUDGES RULES**
    **AND NOTICE OF INITIAL PRETRIAL CONFERENCE**

upon **AMERICAN PRESIDENT LINES, LTD., IN PERSONAM**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **MARY LA MARCA,  SALES ADMINISTRATOR & MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**      COLOR: **WHITE**      HAIR: **BROWN**
    APP. AGE: **34**      APP. HT: **5:7**      APP. WT: **140**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
28th  day of  July, 2008ni

JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

DANIEL KNIGHT
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7HRLOM140593