USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW BALANCE ATHLETIC SHOE, INC.,
               Plaintiff,
-against-

M/V "HAMMONIA EXPRESS," her engines, boilers, tackle, etc., in rem, Hapag-Lloyd Aktiengesellschaft, and American President Lines, Ltd., in personam.

               Defendants.

08 Civ. 6386 (GBD)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time in which American President Lines, Ltd. and Hapag-Lloyd Aktiengesellschaft may answer, appear or otherwise move with respect to the Complaint is hereby extended up to and including September 15, 2008.

Dated: New York, New York
       August 14, 2008

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff,
New Balance Athletic Shoe, Inc.

By: _____
     Thomas E. Willoughby
45 Broadway
New York, New York
Telephone: (212) 669-0600

HOLLAND & KNIGHT LLP
Attorneys for Defendant,
American President Lines, Ltd.

By: _____
     James H. Hohenstein
     Lissa D. Schaupp
195 Broadway
New York, New York 10007
Telephone: 212-513-3200

FREEHILL HOGAN & MAHAR LLP
Attorney for Defendant,
Hapag-Lloyd Aktiengesellschaft

By: _____
     Michael Fernandez
80 Pine Street
New York, New York 10005
Telephone: (212) 381-3013

SO ORDERED:   AUG 2 2 2008

_____
HON. GEORGE B. DANIELS, U.S.D.J.